Official Form 1 (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **NORTHERN** DISTRICT OF **ILLINOIS** | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| **Person, Eva J.** | **Person, George T.** |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| **NONE** | **NONE** |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **3804** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **3804** |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): | Street Address of Joint Debtor (No. & Street, City, and State): |
|---|---|
| **423 North Ridgeland Avenue** | **423 North Ridgeland Avenue** |
| **Oak Park IL** — ZIPCODE **60302-2326** | **Oak Park IL** — ZIPCODE **60302-2326** |

| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: **Cook** |
|---|---|

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| **SAME** — ZIPCODE | **SAME** — ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above): **NOT APPLICABLE** — ZIPCODE |
|---|

**Type of Debtor** (Form of organization)

(Check **one** box.)

- [X] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**

(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**

(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [X] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [ ] Debts are primarily business debts.

**Chapter 11 Debtors:**

Check one box:

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

--------------------------------

Check all applicable boxes:

- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [ ] Full Filing Fee attached
- [X] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

Official Form 1 (1/08)                                                                                      FORM B1, Page   2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>***Eva J. Person and***<br>***George T. Person*** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br>***Northern District of Illinois*** | Case Number:<br>***07-6926*** | Date Filed:<br>***04/17/2007*** |
| Location Where Filed:<br>***Northern District of Illinois*** | Case Number:<br>***08-34175*** | Date Filed:<br>***12/15/2008*** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X  ***/s/ Marlin E. Kirby***                              ***03/09/2009***<br>Signature of Attorney for Debtor(s)                              Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and exhibit C is attached and made a part of this petition.<br>☒ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.<br>If this is a joint petition:<br>☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

Official Form 1 (1/08)                                                                                                FORM B1, Page   3

| Voluntary Petition | Name of Debtor(s): |
| (This page must be completed and filed in every case) | Eva J. Person and |
| | George T. Person |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __/s/ Eva J. Person__
Signature of Debtor

X __/s/ George T. Person__
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

__03/09/2009__
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

03/09/2009
(Date)

### Signature of Attorney*

X __/s/ Marlin E. Kirby__
Signature of Attorney for Debtor(s)

__Marlin E. Kirby 6203394__
Printed Name of Attorney for Debtor(s)

__Law Office of Marlin E. Kirby__
Firm Name

__675 West Lake Street__
Address

__Suite 136__

__Oak Park IL  60301-1473__

__708-848-0510__
Telephone Number

__03/09/2009__
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

__03/09/2009__
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Official Form 1 (1/08)                                                                    FORM B1, Page   4

## ADDITIONAL PRIOR BANKRUPTCY CASES FILED WITHIN LAST 8 YEARS

| Location Where Filed: | | |
|---|---|---|
| *Northern District of Illinois* | *08-23471* | *09/05/2008* |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Eva J. Person*
    *and*
    *George T. Person*

Case No.
Chapter   *11*

_____
              **Debtor(s)**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒     1. Within the 180 days   **before the filing of my bankruptcy case,**     I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐     2. Within the 180 days   **before the filing of my bankruptcy case,**     I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐     3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐   4.  I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐   Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐   Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐   Active military duty in a military combat zone.

☐   5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   */s/ Eva J. Person*

Date:   *03/09/2009*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Eva J. Person*
   *and*
   *George T. Person*

_____
                        **Debtor(s)**

Case No.
Chapter   *11*

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒   1. Within the 180 days   **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐   2. Within the 180 days   **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐   3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐   4.  I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐   Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐   Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐   Active military duty in a military combat zone.

☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   */s/ George T. Person*

Date:   *03/09/2009*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Eva J. Person*
      *and*
     *George T. Person*

                  Debtor(s)

Case No.

Chapter *11*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| *1*<br>*EMC Mortgage*<br>*P.O. Box 141358*<br>*Irving TX  75014* | Phone:<br>*EMC Mortgage*<br>*P.O. Box 141358*<br>*Irving TX  75014* | *Line of Credit* | | *$ 45,147.00* |
| *2*<br>*FIA CSNA*<br>*P.O. Box 17054*<br>*Wilmington DE  19884* | Phone:<br>*FIA CSNA*<br>*P.O. Box 17054*<br>*Wilmington DE  19884* | *Credit Card Purchases* | | *$ 8,265.00* |
| *3*<br>*First Bank*<br>*P.O. Box 790269*<br>*Saint Louis MO  63179* | Phone:<br>*First Bank*<br>*P.O. Box 790269*<br>*Saint Louis MO  63179* | *Arrearage on Executory Contract* | | *$ 7,368.00* |
| *4*<br>*Rogers & Holland*<br>*P.O. Box 879*<br>*Matteson IL  60443* | Phone:<br>*Rogers & Holland*<br>*P.O. Box 879*<br>*Matteson IL  60443* | *Arrearage on Executory Contract* | | *$ 6,732.00* |
| *5*<br>*LVNV Funding*<br>*P.O. Box 10584*<br>*Greenville SC  29603* | Phone:<br>*LVNV Funding*<br>*P.O. Box 10584*<br>*Greenville SC  29603* | *Line of Credit* | | *$ 4,452.00* |

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Barclays Bank Delaware<br>125 South West Street<br>Wilmington DE  19801-5014 | Phone:<br>Barclays Bank Delaware<br>125 South West Street<br>Wilmington DE  19801-5014 | Credit Card Purchases | | $ 3,358.00 |
| 7<br>GMAC<br>P.O. Box 2150<br>Greeley CO  80632-2150 | Phone:<br>GMAC<br>P.O. Box 2150<br>Greeley CO  80632-2150 | Purchase Money Security<br>      Value:<br>   Net Unsecured: | | $ 3,334.00<br>$ 0.00<br>$ 3,334.00 |
| 8<br>First National Bank<br>25 South Arizona Place<br>Chandler AZ  85225 | Phone:<br>LHR INC<br>56 MAIN ST<br>HAMBURG NY  14075 | Credit Card Purchases | | $ 2,972.00 |
| 9<br>LHR, Inc.<br>56 Main Street<br>Hamburg NY  14075 | Phone:<br>LHR, Inc.<br>56 Main Street<br>Hamburg NY  14075 | Credit Card Purchases | | $ 2,955.00 |
| 10<br>Nicor Gas<br>1844 Ferry Road<br>Naperville IL  60563 | Phone:<br>Nicor Gas<br>1844 Ferry Road<br>Naperville IL  60563 | Utility Bills | | $ 2,947.00 |
| 11<br>Northern Leasing System<br>132 W 31st Street<br>Floor 14<br>New York NY  10001 | Phone:<br>Northern Leasing System<br>132 W 31st Street<br>Floor 14<br>New York NY  10001 | Arrearage on Executory Contract | | $ 2,478.00 |
| 12<br>Sprint<br>Post Office Box 4191<br>Carol Stream IL  60197-4191 | Phone:<br>PENTAGROUPFI<br>5959 CORPORATE DRI<br>HOUSTON TX  77036 | Cellular Phone Bills | | $ 2,137.00 |
| 13<br>U.S. Cellular<br>Post Office Box 0203<br>Palatine IL  60055-0203 | Phone:<br>U.S. Cellular<br>Post Office Box 0203<br>Palatine IL  60055-0203 | Cellular Phone Bills | | $ 1,791.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>Dept. of the Treasury<br>3700 East West Highway<br>Hyattsville MD  20782 | Phone:<br>Dept. of the Treasury<br>3700 East West Highway<br>Hyattsville MD  20782 | Federal Withholding Tax | | $ 1,750.00 |
| 15<br>Providian Bank<br>P.O. Box 9007<br>Pleasanton CA  94566-9007 | Phone:<br>AFNI<br>PO BOX 3097<br>BLOOMINGTON IL  61702-3097 | Credit Card Purchases | | $ 1,712.00 |
| 16<br>U.S. Cellular<br>Post Office Box 0203<br>Palatine IL  60055-0203 | Phone:<br>U.S. Cellular<br>Post Office Box 0203<br>Palatine IL  60055-0203 | Cellular Phone Bills | | $ 1,352.00 |
| 17<br>Nicor Gas<br>P. O. Box 2020<br>Aurora IL  60507-2020 | Phone:<br>Nicor Gas<br>P. O. Box 2020<br>Aurora IL  60507-2020 | Utility Bills | | $ 926.00 |
| 18<br>UCB Collections<br>500 Southwych Boulevard<br>Toledo OH  43614-1501 | Phone:<br>UCB Collections<br>500 Southwych Boulevard<br>Toledo OH  43614-1501 | Medical Bills | | $ 658.00 |
| 19<br>J.C. Penney<br>P.O. Box 981402<br>El Paso TX  79998 | Phone:<br>J.C. Penney<br>P.O. Box 981402<br>El Paso TX  79998 | Credit Card Purchases | | $ 491.00 |
| 20<br>Nationwide Credit & Company<br>9919 West Roosevelt Road<br>Westchester IL  60154 | Phone:<br>Nationwide Credit & Company<br>9919 West Roosevelt Road<br>Westchester IL  60154 | Medical Bills | | $ 276.00 |

B4 (Official Form 4) (12/07)    Case 09-07715    Doc 1    Filed 03/09/09    Entered 03/09/09 04:30:08    Desc Main
Document    Page 12 of 21

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I, _____ , _____ of the *Individual Debtor* named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.


Date: *3/9/2009*          Signature */s/ Eva J. Person*
                          Name:  *Eva J. Person*


Date: *3/9/2009*          Signature */s/ George T. Person*
                          Name:  *George T. Person*

Form B 21 Official Form 21 © 1993-2007 Thomson, Rochester, NY
(12/03)

# FORM 21. STATEMENT OF SOCIAL SECURITY NUMBER

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re  *Eva J. Person*
    *and*
    *George T. Person*
                                   Case No.
                                   Chapter  *11*

Address:  *423 North Ridgeland Avenue*
          *Oak Park, IL  60302-2326*

Employer's Tax Identification No(s). [if any]:
Last four digits of Social Security No(s).:   *3804, 3804*              / Debtor

## STATEMENT OF SOCIAL SECURITY NUMBER(S)

1. Name of Debtor (enter Last, First, Middle): *Person, Eva J.*
   *(Check the appropriate box and, if applicable, provide the required information.)*

   ☒  Debtor has a Social Security Number and it is: *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*
                        *(If more than one, state all.)*

   ☐  Debtor does not have a Social Security Number.

2. Name of Joint Debtor (enter Last, First, Middle): *Person, George T.*
   *(Check the appropriate box and, if applicable, provide the required information.)*

   ☒  Joint Debtor has a Social Security Number and it is:  *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*
                        *(If more than one, state all.)*

   ☐  Joint Debtor does not have a Social Security Number.

I declare under penalty of perjury that the foregoing is true and correct.

      X  */s/ Eva J. Person*           *03/09/2009*
               Signature of Debtor         Date

      X  */s/ George T. Person*      *03/09/2009*
             Signature of Joint Debtor     Date

---

*Joint debtors must provide information for both spouses.*
*Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152
and 3571.*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re    *Eva J. Person*
   *and*
 *George T. Person*

               / Debtor

Case No.

Chapter  *11*

Attorney for Debtor:  *Marlin E. Kirby*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
  a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *7,500.00*
  b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $ _____ *500.00*
  c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *7,000.00*

3. $ _____ *500.00* _____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
  a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
  b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
  c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
  *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
  *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
  *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
  *None*

Dated: *03/09/2009*     Respectfully submitted,

        X */s/ Marlin E. Kirby* _____
    Attorney for Petitioner:*Marlin E. Kirby*
          *Law Office of Marlin E. Kirby*
          *675 West Lake Street*
          *Suite 136*
          *Oak Park IL  60301-1473*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Eva J. Person*
    *and*
    *George T. Person*

_____ / Debtor

Case No.
Chapter  *11*

Attorney for Debtor:  *Marlin E. Kirby*

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, which consists of ___*2*___ pages,

is true, correct and complete to the best of my knowledge.

Date: *03/09/2009*_____

*/s/ Eva J. Person*_____
Debtor

*/s/ George T. Person*_____
Joint Debtor

*/s/ Marlin E. Kirby*_____
*Marlin E. Kirby*
*Attorney for the debtor(s)*
*675 West Lake Street*
*Suite 136*
*Oak Park, IL  60301-1473*

AFNI
PO BOX 3097
BLOOMINGTON, IL  61702-3097

AMC Mortgage Services
P.O. Box 11000
Santa Ana, CA  92711-1100

Barclays Bank Delaware
125 South West Street
Wilmington, DE  19801-5014

Bayview Loan
4425 Ponce De Leon
Coral Gables, FL  33146

BB&T Mortgage
2501 Wooten Blvd
Wilson, NC  27893

Dept. of the Treasury
3700 East West Highway
Hyattsville, MD  20782

EMC Mortgage
P.O. Box 141358
Irving, TX  75014

FIA CSNA
P.O. Box 17054
Wilmington, DE  19884

First Bank
P.O. Box 790269
Saint Louis, MO  63179

First National Bank
25 South Arizona Place
Chandler, AZ  85225

GMAC
P.O. Box 2150
Greeley, CO  80632-2150

J.C. Penney
P.O. Box 981402
El Paso, TX  79998

LHR, Inc.
56 Main Street
Hamburg, NY  14075

LVNV Funding
P.O. Box 10584
Greenville, SC  29603

Nationwide Credit &  Company
9919 West Roosevelt Road
Westchester, IL  60154

National Credit Acceptance
9919 West Roosevelt Road
Westchester, IL  60154

Nicor Gas
1844 Ferry Road
Naperville, IL  60563

Nicor Gas
P. O. Box 2020
Aurora, IL  60507-2020

Northern Leasing System
132 W 31st Street
Floor 14
New York, NY  10001

Peoples Gas
130 East Randolph Street
Chicago, IL  60601-6207

Eva J. Person
423 North Ridgeland Avenue
Oak Park, IL  60302-2326

George T. Person
423 North Ridgeland Avenue
Oak Park, IL  60302-2326

Providian Bank
P.O. Box 9007
Pleasanton, CA  94566-9007

RMI/MCSI
3348 Ridge Road
Lansing, IL  60438-3112

Rogers & Holland
P.O. Box 879
Matteson, IL  60443

Sprint
Post Office Box 4191
Carol Stream, IL  60197-4191

Trojan Professional Services
P.O. Box 1270
Los Alamitos, CA  90720-1270

U.S. Cellular
Post Office Box 0203
Palatine, IL  60055-0203

UCB Collections
500 Southwych Boulevard
Toledo, OH  43614-1501

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re  *Eva J. Person*

    *and*

    *George T. Person*

Case No.

Chapter:  *11*

_____/Debtor(s)

Attorney For Debtor:  *Marlin E. Kirby*

## LIST OF CREDITORS

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|-------------------|---------|--------------|
| 1 | *AMC Mortgage Services*<br>*P.O. Box 11000*<br>*Santa Ana, CA 92711-1100* | *Mortgage* | | *$ 206,721.00* |
| 2 | *AMC Mortgage Services*<br>*P.O. Box 11000*<br>*Santa Ana, CA 92711-1100* | *Mortgage* | | *$ 188,922.00* |
| 3 | *Barclays Bank Delaware*<br>*125 South West Street*<br>*Wilmington, DE 19801-5014* | *Credit Card Purchases* | | *$ 3,358.00* |
| 4 | *Bayview Loan*<br>*4425 Ponce De Leon*<br>*Coral Gables, FL 33146* | *Mortgage* | | *$ 502,673.00* |
| 5 | *Bayview Loan*<br>*4425 Ponce De Leon*<br>*Coral Gables, FL 33146* | *Mortgage* | | *$ 230,949.00* |
| 6 | *Bayview Loan*<br>*4425 Ponce De Leon*<br>*Coral Gables, FL 33146* | *Mortgage* | | *$ 225,738.00* |
| 7 | *BB&T Mortgage*<br>*2501 Wooten Blvd*<br>*Wilson, NC 27893* | *Mortgage* | | *$ 138,727.00* |
| 8 | *Dept. of the Treasury*<br>*3700 East West Highway*<br>*Hyattsville, MD 20782* | *Debts to Government - $507(a)(8)*<br>*Federal Withholding Tax* | | *$ 1,750.00* |

West Group, Rochester, NY

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|-------------------|---------|--------------|
| 9 | EMC Mortgage<br>P.O. Box 141358<br>Irving, TX 75014 | Line of Credit | | $ 45,147.00 |
| 10 | FIA CSNA<br>P.O. Box 17054<br>Wilmington, DE 19884 | Credit Card Purchases | | $ 8,265.00 |
| 11 | First Bank<br>P.O. Box 790269<br>Saint Louis, MO 63179 | Arrearage on Executory Contract | | $ 7,368.00 |
| 12 | First National Bank<br>25 South Arizona Place<br>Chandler, AZ 85225 | Credit Card Purchases | | $ 2,972.00 |
| 13 | GMAC<br>P.O. Box 2150<br>Greeley, CO 80632-2150 | Purchase Money Security | | $ 3,334.00 |
| 14 | J.C. Penney<br>P.O. Box 981402<br>El Paso, TX 79998 | Credit Card Purchases | | $ 491.00 |
| 15 | LHR, Inc.<br>56 Main Street<br>Hamburg, NY 14075 | Credit Card Purchases | | $ 2,955.00 |
| 16 | LVNV Funding<br>P.O. Box 10584<br>Greenville, SC 29603 | Line of Credit | | $ 4,452.00 |
| 17 | Nationwide Credit & Company<br>9919 West Roosevelt Road<br>Westchester, IL 60154 | Medical Bills<br>Re: Loyola Univ. Phys | | $ 150.00 |
| 18 | Nationwide Credit & Company<br>9919 West Roosevelt Road<br>Westchester, IL 60154 | Medical Bills<br>Re: Loyola University | | $ 276.00 |
| 19 | Nicor Gas<br>P. O. Box 2020<br>Aurora, IL 60507-2020 | Utility Bills | | $ 926.00 |

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 20 | Nicor Gas<br>1844 Ferry Road<br>Naperville, IL  60563 | Utility Bills | | $ 2,947.00 |
| 21 | Northern Leasing System<br>132 W 31st Street<br>Floor 14<br>New York, NY  10001 | Arrearage on Executory Contract | | $ 2,478.00 |
| 22 | Peoples Gas<br>130 East Randolph Street<br>Chicago, IL  60601-6207 | Utility Bills | | $ 250.00 |
| 23 | Providian Bank<br>P.O. Box 9007<br>Pleasanton, CA  94566-9007 | Credit Card Purchases | | $ 1,712.00 |
| 24 | RMI/MCSI<br>3348 Ridge Road<br>Lansing, IL  60438-3112 | Fines/Penalties<br>Re: Village of Bellwood | | $ 200.00 |
| 25 | Rogers & Holland<br>P.O. Box 879<br>Matteson, IL  60443 | Arrearage on Executory Contract | | $ 6,732.00 |
| 26 | Sprint<br>Post Office Box 4191<br>Carol Stream, IL  60197-4191 | Cellular Phone Bills | | $ 2,137.00 |
| 27 | Trojan Professional Services<br>P.O. Box 1270<br>Los Alamitos, CA  90720-1270 | Medical Bills<br>Re: Medical Dental Care | | $ 93.00 |
| 28 | U.S. Cellular<br>Post Office Box 0203<br>Palatine, IL  60055-0203 | Cellular Phone Bills | | $ 1,791.00 |
| 29 | U.S. Cellular<br>Post Office Box 0203<br>Palatine, IL  60055-0203 | Cellular Phone Bills | | $ 1,352.00 |
| 30 | UCB Collections<br>500 Southwych Boulevard<br>Toledo, OH  43614-1501 | Medical Bills<br>Re: Medical West Side | | $ 235.00 |

West Group, Rochester, NY

## LIST OF CREDITORS

(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 31 | UCB Collections<br>500 Southwych Boulevard<br>Toledo, OH  43614-1501 | Medical Bills<br>Re: Medical West Side | | $ 658.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |